**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 35 MAP 2026 |
| Appellee | : |
| v. | : |
| EDWARD CHARLES ACEVEDO, | : |
| Appellant | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 23rd day of July, 2026, the Notice of Appeal is **QUASHED**. *See* 42 Pa.C.S. § 722 (delineating the type of final orders from the courts of common pleas that may be appealed directly to this Court); Pa.R.A.P. 341(b) (defining final orders).